IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SAM METHVIN, JACK METHVIN, AND CHARLES CAGLE, A/K/A MCM GROUP, AN UNINCORPORATED ASSOCIATION, DEUTSCHE INTERNATIONAL, 1, L.L.C. and C. DeLYNN HEAPS, | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 2:11-CV-00034-J |
| v. | § § | |
| FMR, L.L.C., | § § | |
| Defendant. | § § | |

### DEFENDANT FMR, L.L.C.'s EMERGENCY MOTION FOR PROTECTIVE ORDER FROM PLAINTIFFS' NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6)

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendant FMR, L.L.C. ("Defendant" or "Fidelity") hereby files this its Emergency Motion for Protective Order from Plaintiffs' Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served June 14, 2011 ("Motion for Protection"). In support thereof, Defendant incorporates as if fully set forth herein its Brief in Support of Emergency Motion for Protective Order, filed today with the Court and attached as an exhibit hereto.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests, pursuant to Federal Rule of Civil Procedure 26(c), that this Court: (1) grant its Motion for Protective order; (2) enter an Order halting the deposition requested in Plaintiff's Notice of Deposition from proceeding as noticed; and (3) grant such other and further relief to which Defendant is justly entitled.

Dated:  June 17, 2011

Respectfully submitted,

By:   /s/  *Rodney Acker*
    Rodney Acker
    Texas Bar No. 00830700
    racker@fulbright.com (email)
    Ellen Sessions
    Texas Bar No. 00796282
    esessions@fulbright.com (email)
    Kyle M. Schindler
    Texas Bar No. 24066033
    kschindler@fulbright.com (email)

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200

ATTORNEYS FOR DEFENDANT FMR, L.L.C.

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 15, 2011, Rodney Acker and I conferred with counsel for Plaintiffs, Fernando Bustos and Zane Vaughn, and they informed us that they oppose this motion.

/s/  *Kyle M. Schindler*
Kyle M. Schindler

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2011, I electronically filed the foregoing Emergency Motion for Protective Order with the Clerk of the Court using the ECF System for the Northern District of Texas which will send notification of such filing to all registered participants.

/s/  *Kyle M. Schindler*
Kyle M. Schindler

Fernando M. Bustos
Texas Bar No. 24001819
fbustos@bustoslawfirm.com
Zane J. Vaughn
Texas Bar No. 24042087
zvaughn@bustoslawfirm.com
Aaron M. Pier
Texas Bar No. 24041694
apier@bustoslawfirm.com
Dustin S. Slade
Texas Bar No. 24073714
dslade@bustoslawfirm.com
LAW OFFICES OF FERNANDO BUSTOS, P.C.
1001 Main Street, Suite 501
Lubbock, Texas 79401
Telephone: (806) 780-3976
Facsimile: (806) 780-3800
ATTORNEYS FOR PLAINTIFFS