CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 JUN 22  PM 2: 09

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SAM METHVIN, JACK METHVIN, and | § | |
| CHARLES CAGLE, also known as | § | |
| MCM GROUP, an Unincorporated | § | |
| Association, DEUTSCHE INTERNATIONAL, | § | |
| 1, L.L.C., and C. DELYNN HEAPS, | § | |
| | § | |
| Plaintiffs, | § | 2:11-CV-00034 |
| | § | |
| v. | § | |
| | § | |
| FMR, L.L.C., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER
## ORDERING PRODUCTION OF STATEMENTS
## AND EXTENDING DEADLINE FOR JOINDER OF PARTIES

Before the Court is "Defendant FMR, L.L.C.'s Emergency Motion for Protective Order From

Plaintiffs' Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)," filed June 17, 2011 (document

26). The motion was referred to the undersigned June 17, 2011 for a hearing, if necessary, and for

determination.

On June 22, 2011, the Court conducted a hearing on this motion. After hearing the

arguments of both parties, it is the opinion of the Court that, at this stage of the proceedings any Rule

30(b)(6) deposition relating to the subject matter identified by plaintiffs would be of limited value.

There are alternative avenues for plaintiffs to obtain the information they presently seek.

Consequently, the Motion for Protective Order is GRANTED and the deposition notice and

deposition set for June 24, 2011 is quashed.

Instead, Defendant shall provide to Plaintiffs **on or before July 7, 2011** a statement confirming the identity of the managers of the funds listed in Plaintiffs' First Amended Complaint on the dates listed in the First Amended Complaint. If the managers listed in Plaintiffs' First Amended Complaint were not the fund managers at the times listed in the First Amended Complaint, Defendant shall provide the correct identities of the fund managers at the times listed in the First Amended Complaint.

Additionally, **on or before July 7, 2011,** Defendant shall provide to Plaintiffs documents indicating the assets of each of the funds listed in the First Amended Complaint on each of the dates listed in the First Amended Complaint.

The deadline for joinder of parties was originally set at July 5, 2011, which is before the July 6, 2011 deadline for Defendant's response to Plaintiffs' written discovery. Consequently, an extension of the joinder deadline is warranted. Accordingly, the deadline for joinder of parties is EXTENDED to July 12, 2011.

No other extensions of any other discovery deadline is granted. Any relief not herein granted is denied.

IT IS SO ORDERED.

ENTERED this 22nd day of June, 2011.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE