IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SAM METHVIN, JACK METHVIN, AND CHARLES CAGLE, A/K/A MCM GROUP, AN UNINCORPORATED ASSOCIATION, DEUTSCHE INTERNATIONAL, 1, L.L.C. and C. DeLYNN HEAPS, | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 2:11-CV-00034-J |
| v. | § § | |
| FMR, L.L.C., | § § § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL

All parties Plaintiffs Sam Methvin, Jack Methvin, and Charles Cagle, a/k/a MCM Group, and unincorporated association, Deutsche International, 1, L.L.C., and C. DeLynn Heaps (collectively, "Plaintiffs") and Defendant FMR, L.L.C. ("Defendants") have filed an Agreed Motion By All Parties to Dismiss ("Agreed Motion"). The Court believes the Agreed Motion should be GRANTED.

It is therefore:

ORDERED that all of Plaintiffs' claims are hereby DISMISSED with prejudice;

ORDERED that all costs of court shall be borne by the party incurring same; and

FURTHER ORDERED that Plaintiffs shall take nothing and that this Order shall take effect immediately upon its entry.

ORDERED and SIGNED this 22nd day of August, 2011.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

By: /s/ *Fernando M. Bustos*
Fernando M. Bustos
Texas Bar No. 24001819
fbustos@bustoslawfirm.com
Zane J. Vaughn
Texas Bar No. 24042087
zvaughn@bustoslawfirm.com
Aaron M. Pier
Texas Bar No. 24041694
apier@bustoslawfirm.com
LAW OFFICES OF FERNANDO BUSTOS, P.C.
1001 Main Street, Suite 501
Lubbock, Texas 79401
Telephone: (806) 780-3976
Facsimile: (806) 780-3800

ATTORNEYS FOR PLAINTIFFS

By: /s/ *Rodney Acker*
Rodney Acker
Texas Bar No. 00830700
racker@fulbright.com (email)
Ellen Sessions
Texas Bar No. 00796282
esessions@fulbright.com (email)
Kyle M. Schindler
Texas Bar No. 24066033
kschindler@fulbright.com (email)

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

Thomas C. Riney
Texas Bar No. 16935100
triney@rineymayfield.com (email)

RINEY & MAYFIELD LLP
600 Maxor Building
320 South Polk Street
Amarillo, Texas 79101-1426
Telephone: (806) 468-3200
Facsimile: (806) 376-4509

ATTORNEYS FOR DEFENDANT FMR, L.L.C.